(131 So. 248)

**HARTFORD FIRE INS. CO. v. R. F. GUTHRIE.**

**6 Div. 790.**

Supreme Court of Alabama.
Dec. 4, 1930.

R. A. Cooner, of Jasper, for petitioner.

Davis & Curtis, of Jasper, opposed.

PER CURIAM.

Petition of the Hartford Fire Insurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hartford Fire Insurance Co. v. R. F. Guthrie (6 Div. 833) 131 So. 246.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.